UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 30 2008
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIANNA LEIGH SCHENK,

Defendant.

CR08-40046-03

FACTUAL BASIS STATEMENT

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Beginning on or about April 2007, and continuing to on or about April 2008, the defendant, Brianna Leigh Schenk, and one or more other co-conspirators distributed a mixture or substance containing methamphetamine in South Dakota and elsewhere under a cooperative agreement to do so. During her involvement, the defendant obtained methamphetamine on numerous occasions, divided it into smaller quantities, and provided it to others for distribution. Over the course of the conspiracy, the defendant distributed 500 grams or more of a mixture or substance containing methamphetamine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

The defendant understands that additional drug quantities may be attributable to her for sentencing purposes.

MARTY J. JACKLEY
United States Attorney

5-21-08
Date

Connie Larson for
JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

5-20-08
Date

Brianna Schenk
Brianna Leigh Schenk
Defendant

5-20-08
Date

Michael W. Hanson
Michael W. Hanson
Attorney for Defendant