UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JUDGE - Lawrence L. Piersol
CASE NO. - CR08-40046-03

REPORTER - Jerry May/FTR 31
Date - 9/19/08
PAGE NO. - 1

| CASE | COUNSEL |
| --- | --- |
| USA, | Connie Larson |
| Plaintiff, | |
| vs. | |
| BRIANNA LEIGH SCHENK, | Michael Hanson |
| Defendant. | |

---

COURTROOM DEPUTY: Jackie Meisenheimer

TIME HEARING SCHEDULED TO BEGIN: 2:30 p.m.

TIME:

2:30 pm Enter sentencing before the Hon. Lawrence L. Piersol, District Judge, Sioux Falls. Counsel state their appearances for the record. Defendant is also present in court.

Mr. Hanson states he has reviewed the PSR with his client.

Neither party has any evidence to introduce.

Neither party has any objections to the PSR.

Mrs. Larson moves for third point for acceptance of responsibility. Court grants.

Defendant makes a statement to the Court re: sentencing.

Mrs. Larson has no statement to make with regard to sentencing.

Mr. Hanson makes a statement to the Court re: sentencing.

Total offense level of 29; criminal history category of II;

Sentence: 120 months imprisonment; Court recommends BOP substance abuse treatment program; fine is waived; refrain from unlawful use of controlled substance; submit to one drug test within 15 days of release and at least two periodic drug tests thereafter as directed by probation officer; cooperate in collection of DNA; supervised release for 5 years; within 72 hours of release report in person to probation office in district to which released; not commit another federal, state, or local crime; not illegally possess a controlled substance nor possess a firearm, destructive device, or other dangerous weapon; comply with standard conditions adopted by this Court; comply with special conditions:

1. The defendant shall not consume any alcoholic beverages or frequent establishments, whose primary business is the sale of alcoholic beverages.

2. The defendant shall submit to a warrantless search of her person, residence, place of business, or vehicle, at the discretion of the probation office.

3. While under supervision in the District of South Dakota, the defendant shall participate in the DROPS program as directed by the probation office.

4. The defendant shall participate in a program approved by and at the direction of the probation office for treatment of substance abuse.

5. The defendant shall reside and participate in a program of a residential substance abuse facility as instructed by the probation office until discharged by the facility director.

6. The defendant shall undergo inpatient/outpatient psychiatric or psychological treatment, as directed by the probation office.

7. The defendant shall reside and participate in a residential re-entry center as directed by the probation office. The defendant shall be classified as a pre-release case.

8. The defendant shall submit a sample of her blood, breath, or urine at the discretion or upon the request of the probation office.

9. The defendant shall participate in and complete a cognitive behavioral

training program as directed by the probation office.

10. The defendant shall not gamble or frequent establishments whose primary business is gambling.

$100 special assessment due immediately.

Court advises all parties of their right to appeal unless the Court imposes a sentence above the advisory guideline range or some basic constitutional right has been violated

With regard to defendant's request to give her family a hug, the Court would like to grant that request, but is unable to do so.

2:45 pm Court in recess.