FILED
JUL 30 2014
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40046-03 |
| Plaintiff, | * | |
| vs. | * | ORDER FOR SUCCESSFUL EARLY TERMINATION OF SUPERVISED RELEASE |
| BRIANNA LEIGH SCHENK, | * | |
| Defendant. | * | |

******************************************************************************

Pursuant to the request for Early Termination of Supervised Release,

IT IS HEREBY ORDERED that Defendant is discharged from supervised release and the proceedings in this case are terminated.

Dated this 30th day of July, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: ______________________
DEPUTY